**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,                                   No. C07-80254 MJJ

        Plaintiff,                                **ORDER**

  v.

SAN FRANCISCO RENT STABLIZATION
AND ARBITRATION BOARD,

        Defendant.
_____/

     On February 14, 2006, the Court issued an order in Case No. C04-600 MHP subjecting plaintiff to pre-filing review.

     On November 5, 2007, plaintiff attempted to file a document he titles a "Plaintiffs' Brief on Demurrer", as well as an Application To Proceed In Forma Pauperis.  The Court has reviewed the purported brief, which is difficult to comprehend but appears to request reconsideration of an order previously issued by this Court, in an unspecified case, denying Plaintiff leave to file a complaint.  The Court finds that Plaintiff's request for reconsideration fails to comply with the requirements of Civil Local Rule 7-9 and, in any event, states no basis upon which reconsideration could be appropriate.

     Accordingly, the Court **DENIES** Plaintiff permission to file the Plaintiffs' Brief on Demurrer or the Application To Proceed In Forma Pauperis received on November 5, 2007.

**IT IS SO ORDERED.**

Dated: December 11, 2007                 _____
                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE